THE LOUISA.

McGUIRE v. THAMES TOWBOAT CO.

(Circuit Court of Appeals, Second Circuit. June 23, 1914.)

Nos. 257, 258.

TOWAGE (§ 11*)—STRANDING OF TOW—LIABILITY OF TUG—UNCHARTED ROCK.
    A tug *held* not in fault for the stranding of her tow by striking a small submerged rock while following the usual and customary course through the channel of a river, where the rock was uncharted and not generally known to pilots in the vicinity.
    [Ed. Note.—For other cases, see Towage, Cent. Dig. §§ 11–23; Dec. Dig. § 11.*]

Appeals from the District Court of the United States for the Southern District of New York.

Suits in admiralty by the Thames Towboat Company against the scow Louisa for salvage services, and by James F. McGuire, owner of the Louisa, against the Thames Towboat Company for negligent stranding of the scow. Decree for the Towboat Company, and McGuire appeals. Affirmed.

For opinion below, see 209 Fed. 1001.

F. V. Barnes, of New York City, for appellant.

J. K. Symmers, of New York City, for appellee.

Before COXE and ROGERS, Circuit Judges, and HAND, District Judge.

PER CURIAM. We see no reason to add anything to the opinion of Judge Holt in this case. 209 Fed. 1001. It is perfectly clear that the scow struck a rock, and it is likewise clear that a master was not required to know that the rock was there.

Decree affirmed, with costs.

_____

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes